<u>PRAECIPE FOR SUBPOENA</u>

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim No. 1:13CR127 (GBL) |
| | ) |
| COLIN CONROY WILLIAMS | ) |

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 10:00 o'clock a.m., on the 28th day of October 2013 then and there to testify on behalf of the United States:

<u>40 blank Subpoenas (20 sets)</u>

This 14th day of August, 2013

Respectfully submitted,

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: _____  (Kosta Stojilkovic
Chad Golder                  for Chad Golder)
Assistant United States Attorney

Subpoena issued: _____, 20___ .

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:13CR127 |
| COLIN CONROY WILLIAMS | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court 401 Courthouse Square Alexandria, VA 22314 | Courtroom No.: 601 |
|---|---|
| | Date and Time: October 28, 2013 at 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 08/14/2013

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____, who requests this subpoena, are:

Chad Golder, AUSA
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700