IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:13-CR-127 |
| v. | ) | |
| | ) | Honorable Gerald Bruce Lee |
| COLIN CONROY WILLIAMS, | ) | |
| | ) | Trial: October 28, 2013 |
| Defendant. | ) | |

## GOVERNMENT'S TRIAL EXHIBITS

The United States of America, by and through its attorneys, Chad I Golder and Kosta S. Stojilkovic, Assistant United States Attorneys, hereby submits its list of exhibits.

| **Ex.** | **Description** | **Objections** | **Admitted** |
|---|---|---|---|
| **Probate Division Records** | | | |
| 1-1 | Courtview Spreadsheet for Probate Estate of Rose L. Walker | | |
| 1-2 | Petition for Probate for Walker Estate | | |
| 1-3 | Abbreviated Probate Order for Walker Estate | | |
| 1-4 | Notice of Appointment, to Creditors and Unknown Heirs for Walker Estate | | |
| 1-5 | Letters of Administration for Walker Estate | | |
| 1-6 | Summary Hrg. Order 5/23/11 | | |
| 1-6A | Summary Hrg. Order 6/20/11 | | |
| 1-6B | Summary Hrg. Order 6/27/11 | | |
| 1-7 | Courtview Spreadsheet for Probate Estate of John Minor | | |
| 1-8 | Petition for Probate for Minor Estate | | |
| 1-9 | Waiver of Personal Representative Bond for Minor Estate | | |
| 1-10 | Renunciation for Minor Estate | | |
| 1-11 | Nominal Bond for Minor Estate | | |

| Ex. | Description | Objections | Admitted |
|---|---|---|---|
| 1-12 | Abbreviated Probate Order for Walker Estate | | |
| 1-13 | Notice of Appointment, to Creditors and Unknown Heirs for Walker Estate | | |
| 1-14 | Letters of Administration for Walker Estate | | |
| 1-15 | Summary Hrg. Order 6/10/11 | | |
| 1-15A | Summary Hrg. Order 6/24/11 | | |
| 1-15-B | Summary Hrg. Order 6/27/11 | | |
| 1-16 | Courtview Spreadsheet for Probate Estate of John Hall | | |
| 1-17 | Petition for Probate for Hall Estate | | |
| 1-18 | Abbreviated Probate Order for Hall Estate | | |
| 1-19 | Notice of Appointment, to Creditors and Unknown Heirs for Hall Estate | | |
| 1-20 | Letters of Administration for Hall Estate | | |
| **416 S. Capitol Street, S.E., Settlement Documents** | | | |
| 2-1 | Settlement Statement | | |
| 2-2 | Itemized Disbursement Statement | | |
| 2-3 | Invoice for Brimani Builders | | |
| 2-4 | Check to Brimani Builders | | |
| 2-5 | Invoice for Brimani Contractors | | |
| 2-6 | Check to Brimani Contractors | | |
| 2-7 | Invoice for Colin Williams | | |
| 2-8 | Check to Colin Williams | | |
| 2-9 | Check to Patricia Mantilla | | |
| 2-10 | Abbreviated Probate Order | | |
| 2-11 | Letters of Administration | | |
| 2-12 | Deed | | |
| 2-13 | Real Property Recordation and Transfer Tax Form | | |
| 2-14 | Owner's Affidavit | | |

| Ex. | Description | Objections | Admitted |
|---|---|---|---|
| **719 Kentucky Avenue, S.E. Settlement Documents** | | | |
| 3-1 | Settlement Statement (page 2 signed by buyer) | | |
| 3-1A | Settlement Statement (page 2 signed by buyer and seller) | | |
| 3-2 | Itemized Disbursement Statement | | |
| 3-3 | Wiring Instructions and Voided Check for Brimani Builders | | |
| 3-4 | Check for Patricia Mantilla | | |
| 3-5 | Invoice for Brimani Builders | | |
| 3-6 | Check for Jamal Roberts | | |
| 3-7 | Invoice for Jamal Roberts | | |
| 3-8 | Deed | | |
| 3-9 | Affidavit of Michael Brown | | |
| 3-10 | Affidavit of Michael Brown | | |
| 3-11 | Drivers' License Photocopy of Michael Brown | | |
| 3-12 | Letters of Administration | | |
| 3-13 | Abbreviated Probate Order | | |
| **31 Q Street, N.W., Settlement Documents** | | | |
| 4-1 | Settlement Statement | | |
| 4-2 | Louis and Shirley Barnett Drivers' License Photocopy | | |
| 4-3 | Deed | | |
| 4-4 | Spousal Affidavit | | |
| 4-5 | Security Affidavit | | |
| 4-6 | Real Property Recordation and Transfer Tax Form | | |
| 4-7 | Limited Power of Attorney | | |
| 4-8 | Owner's Affidavit | | |
| 4-9 | Certification | | |
| 4-10 | Regional Sales Contract and Addenda | | |
| 4-11 | Itemized Disbursement Statement | | |

| Ex. | Description | Objections | Admitted |
|---|---|---|---|
| 4-12 | Invoice for Colin Williams | | |
| 4-13 | Invoice for Jamaul Roberts | | |
| 4-14 | Invoice for Brimani Builders | | |
| 4-15 | Invoice for The R Group | | |
| 4-16 | Check for Colin Williams | | |
| 4-17 | Check for Colin Williams | | |
| 4-18 | Check for Jamaul Roberts | | |
| 4-19 | Wiring Instructions for Brimani Builders and The R Group | | |
| **Ancestry.Com Records** | | | |
| 5-1 | Spreadsheet | | |
| 5-2 | Spreadsheet | | |
| **Facsimiles, Telephone Calls, E-Mails, and Text Messages** | | | |
| 6-1 | Facsimile of Death Certificate | | |
| 6-2 | Recorded Call from Jamaul Roberts to Colin Williams | | |
| 6-2A | Transcript of Recorded Call from Jamaul Roberts to Colin Williams | | |
| 6-3 | Recorded Call from Michael Brown to Colin Williams | | |
| 6-3A | Transcript of Recorded Call from Michael Brown to Colin Williams | | |
| 6-4 | Recorded Call from Michael Brown to Colin Williams | | |
| 6-4A | Transcript of Recorded Call from Michael Brown to Colin Williams | | |
| 6-5 | Email from Michael Brown to Michael Brown 12/13/12 @ 10:31am | | |
| 6-6 | Email from Michael Brown to Ed Rooney 12/13/12 @ 1:32pm | | |
| 6-7 | Email from Michael Brown to Brennan Title 12/15/12 @ 9:27am | | |
| 6-8 | Text message to Ed Rooney 12/27/2012 @ 08:47am | | |
| 6-9 | Missed Call on 01/02/2013 at 5:51pm from | | |

| **Ex.** | **Description** | **Objections** | **Admitted** |
|---|---|---|---|
| | 301-466-2524 | | |
| 6-10 | Text message from Ed Rooney to Michael Brown<br>12/31/2012 @ 4:53pm | | |
| **Telephone and GPS Records** | | | |
| 7-1 | Wendell Cosenza C.V. | | |
| 7-1A | Expert Report for Wendell Cosenza | | |
| 7-1B | Demonstrative Exhibit for Wendell Cosenza | | |
| 7-2 | AT&T Phone Records for 919-699-3026 | | |
| 7-3 | Verizon Wireless Phone Records for 301-466-2524 | | |
| 7-4 | Verizon Wireless Subscriber Information for 301-466-2524 | | |
| 7-5 | AT&T Phone Records for 301-518-8000 | | |
| **Video and Still Images** | | | |
| 8-1 | College Park, Maryland FedEx Video (12/13/12) | | |
| 8-1A | Still from College Park, Maryland FedEx Video (12/13/12)<br>10:15:49 | | |
| 8-1B | Still from College Park, Maryland FedEx Video (12/13/12)<br>10:17:12 | | |
| 8-1C | Still from College Park, Maryland FedEx Video (12/13/12)<br>10:17:34 | | |
| 8-1D | Clip from College Park, Maryland FedEx Video (12/13/12)<br>10:19:57 to 10:22:26 | | |
| 8-1E | Still from College Park, Maryland FedEx Video (12/13/12)<br>10:19:19 | | |
| 8-1F | Clip from College Park, Maryland FedEx Video (12/13/12)<br>10:22:31 to 10:23:00 | | |

| **Ex.** | **Description** | **Objections** | **Admitted** |
|---|---|---|---|
| 8-1G | Clip from College Park, Maryland FedEx Video (12/13/12) 10:30:30 to 10:34:40 | | |
| 8-2 | Laurel, Maryland FedEx Video (12/13/12) | | |
| 8-2A | Clip from Laurel, Maryland Video (12/13/12) 1:23:27-1:25:30 | | |
| 8-2B | Clip from Laurel, Maryland FedEx Video (12/13/12) 1:30:30 to 1:33:14 | | |
| 8-2C | Still from Laurel, Maryland Fed Ex Video (12/13/12) 1:34:50 | | |
| 8-3 | College Park, Maryland FedEx Video (12/15/12) | | |
| 8-3A | Still from College Park, Maryland FedEx Video (12/13/12) 9:01:17 | | |
| 8-3B | Clip from College Park, Maryland FedEx Video (12/13/12) 9:22:00 to 9:28:00 | | |
| **Personal, Corporate, and Financial Records** | | | |
| 9-1 | Articles of Incorporation for Brimani Builders, LLC | | |
| 9-2 | Articles of Incorporation for Brimani Contractors, LLC | | |
| 9-3 | Articles of Incorporation for Brimani Contracting, LLC | | |
| 9-4 | Alliance Bank Signature Card for Brimani Builders, LLC Account | | |
| 9-5 | PNC Bank Signature Cards for Brimani Builders, LLC Account | | |
| 9-6 | Electronic Funds Transfer of $332,000.000 | | |
| 9-7 | Alliance Bank Brimani Builders LLC Bank Statement 12/31/2010 | | |
| 9-8 | Cashier's Check for $158,000 | | |
| 9-9 | Contract for Purchase of 2011 Porsche Panamera Turbo (Preliminary) | | |

| Ex. | Description | Objections | Admitted |
|---|---|---|---|
| 9-10 | Contract for Purchase of 2011 Porsche Panamera Turbo (Final) | | |
| 9-11 | Cashier's Check for $158,000 | | |
| 9-12 | Photopy of Colin Williams' driver's license | | |
| 9-13 | Email and attachment from colincwilliams@msn.com re: Porsche Panamera Turbo | | |
| 9-14 | Precisions Cars Business Worksheet | | |
| 9-15 | Electronic Funds Transfer of $255,795.50 | | |
| 9-16 | Electronic Funds Transfer of $145,947.23 | | |
| 9-17 | PNC Bank Brimani Builders LLC Bank Statement 2/28/2011 | | |
| 9-18 | Invoice for 2.55 carat diamond ring | | |
| 9-19 | Photopy of Colin Williams' drivers license | | |
| 9-20 | Receipt for purchase of diamong ring | | |
| 9-21 | Electronic Funds Transfer of $278,000.00 | | |
| 9-22 | Electronic Funds Transfer of $127,413.05 | | |
| 9-23 | Electronic Funds Transfer of $50,000.00 | | |
| 9-24 | PNC Bank Brimani Builders LLC Bank Statement 4/29/2011 | | |
| 9-25 | Bounced Check for $40,572.00 | | |
| 9-26 | Bounced Check for $34,139.60 | | |
| 9-27 | Withdrawal ticket for $40,572.00 | | |
| 9-28 | Withdrawal ticket for $34,139.60 | | |
| 9-29 | Check for $40,572.00 to Otto's Mini | | |
| 9-30 | Check for $34,139.60 to Otto's Mini | | |
| 9-31 | Contract for MiniCountryman | | |
| 9-32 | Contract for MiniCooper | | |
| 9-33 | Deposit Form for Mini Cooper | | |
| 9-34 | Deposit Form for Mini Countryman | | |
| 9-35 | Order Form for Mini Cooper | | |

| Ex. | Description | Objections | Admitted |
|---|---|---|---|
| 9-36 | Order Form for Mini Cooper | | |
| 9-37 | Replacement Check doc | | |
| 9-38 | Replacement Check doc | | |
| **Other Records** | | | |
| 10-1 | Target Letter addressed to Colin Williams | | |
| 10-2 | Certification of Lack of Record for Brimani Builders | | |
| 10-3 | Certification of Lack of Record for Brimani Contractors LLC | | |
| 10-4 | Certification of Lack of Record for Brimani Contracting LLC | | |
| 10-5 | Certification of Lack of Record for Colin C. Williams | | |
| 10-6 | Certification of Lack of Record for Kelly L. Ambush | | |
| **Plea Agreements** | | | |
| 11-1 | Melissa McWilliams Plea Agreement | | |
| 11-2 | Patricia Mantilla Plea Agreement | | |
| 11-3 | Jamaul Roberts Plea Agreement | | |
| 11-4 | Michael Brown Plea Agreement | | |
| **902(11) Certificates of Authenticity** | | | |
| 12-1 | Nishta Gupta (6 Properties) | | |
| 12-2 | Nishta Gupta (31 Q Street, NW) | | |
| 12-3 | Kathy August (Verizon Wireless) | | |
| 12-4 | Deirdre Berry (AT&T) | | |
| 12-5 | Robin Beckman (AT&T) | | |
| 12-6 | John Chang (Fed Ex College Park, Maryland) | | |
| 12-7 | Chris Peacock (FedEx Laurel, Maryland) | | |
| 12-8 | Mark Gold (Federal Reserve) | | |
| 12-9 | Jerome L. Davis (Maryland Department of Assessment and Taxation) | | |
| 12-10 | Shanzia Thomas (Georgia Secretary of State, | | |

| Ex. | Description | Objections | Admitted |
|---|---|---|---|
| | Corporations Division) | | |
| 12-11 | Margaret Prescott (WashingtonFirst Bank) | | |
| 12-12 | Debra Taylor (Wells Fargo Bank) | | |
| 12-13 | Margaret E. Brown (PNC Bank) | | |
| 12-14 | Mary Kozak (Egg Harbor Motor Co., Inc.) | | |
| 12-15 | Donna McDermott (Jacob & Co.) | | |
| 12-16 | Gene Marinelli (Otto's Mini) | | |
| 12-17 | Alberto Ruiz (Ancestry.com) | | |

The Government further respectfully requests leave of the Court to file additional exhibits if necessary.

Respectfully submitted,
Dana J. Boente
Acting United States Attorney

By:           /s/
Chad Golder
Kosta S. Stojilkovic
Assistant United States Attorneys
Eastern District of Virginia
Counsel for the United States
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: chad.i.golder@usdoj.gov
Email: kosta.stojilkovic@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Ferris R. Bond
>700 Fifth St NW
>Suite 200
>Washington, DC 20001
>(202) 682-1051
>Email: Ferrisbond@aol.com

>By: _____/s/_____
>Chad Golder
>Kosta S. Stojilkovic
>Assistant United States Attorneys
>Eastern District of Virginia
>Counsel for the United States
>United States Attorney's Office
>2100 Jamieson Avenue
>Alexandria, Virginia 22314
>Phone: (703) 299-3700
>Fax: (703) 299-3981
>Email: chad.i.golder@usdoj.gov
>Email: kosta.stojilkovic@usdoj.gov