IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:13-cr-127 (GBL) |
| v. | ) | |
| | ) | Trial:  October 28, 2013 |
| COLIN CONROY WILLIAMS, | ) | |
| Defendant. | ) | |

## GOVERNMENT'S VOIR DIRE REQUESTS

The United States respectfully requests the Court include the following questions during voir dire.

Respectfully submitted,
Dana J. Boente
Acting United States Attorney

By: _____/s/_____
Chad Golder
Kosta S. Stojilkovic
Assistant United States Attorneys
Eastern District of Virginia
Counsel for the United States
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone:  (703) 299-3700
Fax:  (703) 299-3981
Email:  chad.i.golder@usdoj.gov
Email:  kosta.stojilkovic@usdoj.gov

1

## **REQUEST NO. 1**

1.      Do any of you know or recognize the defendant, Colin Conroy Williams?

## <u>REQUEST NO. 2</u>

1.      Do any of you know or recognize Chad Golder or Kosta Stojilkovic, the prosecutors in this case; Lisa Porter, the paralegal in this case; or FBI Special Agent Travis Hill, the agent in this case?

2.      Do any of you know or recognize Billy Ponds or Ferris Bond, counsel for Colin Conroy Williams?

## **REQUEST NO. 3**

1.       Is there anyone who would believe, or disbelieve, the testimony of a law enforcement agent solely because he or she is a law enforcement agent?

## **REQUEST NO. 4**

1.      Have you or any member of your family had any problems, a dispute with, or claim against, any department of the United States Government, including the Department of Justice?

2.      Have you or any member of your immediate family, been the subject of an investigation by any agency of the United States Government or ever been a defendant in a suit brought by the federal government?

## <u>REQUEST NO. 5</u>

1.      Has anyone served as a juror in a criminal or civil trial or as a member of a grand jury in Federal or State Courts?

[*If any juror indicates that he or she has so served, it is requested that the following inquiries be made*]

2.      Without going into the nature of the case, would you please answer the following questions:

        a.      Did you serve on a grand jury or petit jury?

        b.      Where did you serve?  In a Federal or State Court?

        c.      When did you serve?

        d.      Was it a civil or criminal case?

        e.      Was the case given to the jury for deliberation?

        f.       Without stating the verdict, would you please state whether the jury returned a verdict?

3.      Do you feel that your previous participation as a juror would in any way impair or interfere with your ability to serve as a fair and impartial juror in this case?

## <u>REQUEST NO. 6</u>

1.      Have you or any member of your immediate family ever participated in a criminal case as a complainant, a defendant, a witness for the Government or defense, or in some other capacity?

[*If any juror indicates participation, it is requested that the following inquiries be made at the bench*]

          a.      Was this a Federal, State of local proceeding?

          b.      Without going into detail, would you please describe the nature of your involvement?

## __REQUEST NO. 7__

1.      Have you, any member of your family, or any close friend transacted business with Ace Title and Escrow, located in Annandale, Virginia?

### **REQUEST NO. 8**

1.      Has anyone seen, read, or heard any media reports about the defendant, Colin Conroy Williams?

## <u>REQUEST NO. 9</u>

1.      Have you, a family member, or a close friend ever been in default on mortgage payments, tax payments, or involved in a foreclosure proceeding?

## **REQUEST NO. 10**

1.      Have you, a family member, or a close friend ever been the victim of identity theft?

## **REQUEST NO. 11**

1.       Is there anyone who feels that if he or she were selected to sit as a juror on this case, he or she would be unwilling or unable to render a verdict based solely on the evidence presented at this trial and the law, which I will instruct you on at the conclusion of trial?

## <u>REQUEST NO. 12</u>

1.      Does anyone have any other matter which you feel you should call to the Court's attention that may have some bearing on your qualifications as a juror or which you feel may prevent you from rendering a fair and impartial verdict based solely upon evidence and my instructions?

## CERTIFICATE OF SERVICE

We hereby certify that on October 21, 2013, a true copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which sent a notification of such filing (NEF) to the following:

Ferris R. Bond
Bond and Norman
American Association of Justice Building
777 Sixth Street, N.W.,
Suite 410
Washington, D.C. 20001

 

 

Respectfully submitted,
Dana J. Boente
Acting United States Attorney

By:      _____/s/_____
Chad Golder
Kosta S. Stojilkovic
Assistant United States Attorneys
Eastern District of Virginia
Counsel for the United States
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone:  (703) 299-3700
Fax:  (703) 299-3981
Email:  chad.i.golder@usdoj.gov
Email:  kosta.stojilkovic@usdoj.gov

14