IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:13-cr-127 (GBL) |
| v. | ) | |
| | ) | Trial:  October 28, 2013 |
| COLIN CONROY WILLIAMS, | ) | |
|     Defendant. | ) | |

GOVERNMENT'S WITNESS LIST

The United States respectfully submits the follow list of witnesses it intends to call in its case-in-chief.

Stephanie Anderson
Louis Barnett
Spencer W. Brooks
Michael Wil Brown
Wendell Cosenza
Richard Dibella
Roy Gantt
Mohsen Grayeli
Mark Gold
James Hall
Elaine Kennell
Patricia Mantilla
Melissa McWilliams
Jamaul Roberts
Edward Rooney, III
Alberto Ruiz
Steven Seay
Shane Thompson

    Respectfully submitted,
    Dana J. Boente
    Acting United States Attorney

By:      /s/
    Chad Golder
    Kosta S. Stojilkovic
    Assistant United States Attorneys
    Eastern District of Virginia
    Counsel for the United States
    United States Attorney's Office
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    Phone: (703) 299-3700
    Fax: (703) 299-3981
    Email: chad.i.golder@usdoj.gov
    Email: kosta.stojilkovic@usdoj.gov

**CERTIFICATE OF SERVICE**

We hereby certify that on October 21, 2013, a true copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which sent a notification of such filing (NEF) to the following:

Ferris R. Bond
Bond and Norman
American Association of Justice Building
777 Sixth Street, N.W.,
Suite 410
Washington, D.C. 20001

                                       Respectfully submitted,
                                       Dana J. Boente
                                       Acting United States Attorney

By:           /s/
                                       Chad Golder
                                       Kosta S. Stojilkovic
                                       Assistant United States Attorneys
                                       Eastern District of Virginia
                                       Counsel for the United States
                                       United States Attorney's Office
                                       2100 Jamieson Avenue
                                       Alexandria, Virginia 22314
                                       Phone:  (703) 299-3700
                                       Fax:  (703) 299-3981
                                       Email:  chad.i.golder@usdoj.gov
                                       Email:  kosta.stojilkovic@usdoj.gov