FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA       2013 OCT 21  P 4: 49

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:13-cr-127 (GBL) |
| v. ) | |
| ) | Trial:  October 28, 2013 |
| COLIN CONROY WILLIAMS, ) | |
| Defendant. ) | |

## TRIAL EXHIBIT CUSTODY FORM

Government Exhibits 1-1 through 12-17 as designated on the Government's Trial Exhibit List and filed this date were received on this 21st day of October, 2013.

_____
Signature of person receiving exhibits

-----------------------------------------------------------------

I certify that the exhibits being submitted to the court are those listed on the exhibit list filed at this time.

_____
Signature person certifying